# EXHIBIT 3

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

**Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions[1]**

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
| 1.  A semiconductor light-emitting device comprising: | *Accused component:  Costco 1600034 Koda 46 inch LED Linkable Shop Light with Motion Sensor and Remote 48W 4600 Lumen 4000K 80CRI LM030008*<br>*Basis of Infringement Contention:  The Costco 1600034 Koda LED Shop Light LM030008 contains a semiconductor light-emitting device*<br>*Photograph of Costco 1600034 Koda LED Shop Light LM030008* |

---

[1] Plaintiff provides these infringement contentions before obtaining discovery from Defendant.  Plaintiff expects that Defendant and/or third parties will produce information regarding Defendant's instrumentalities beyond that which is publicly available. Accordingly, Plaintiff reserves the right to modify these infringement contentions based upon Defendant's document production and/or other information made available to Plaintiff through discovery.

Plaintiff's infringement contentions are intended to explain Plaintiff's theories of infringement and do not constitute evidence. Plaintiff's infringement contentions are not intended to set forth a *prima facie* case of infringement or evidence in support thereof. Certain portions of the chart below may apply to more than one Accused Instrumentality.  Certain portions of the chart below may reference other charts, and may be referenced by other charts.

The Accused Instrumentalities often practice the claim elements in numerous alternative ways in accordance with the present chart. The Accused Instrumentalities should be assumed to act alone or in combination as referenced herein and interpreted in the singular or plural accordingly.  Defendant further provides the Accused Instrumentalities as well as the instructions to customers/users causing them to use the Accused Instrumentalities in an infringing manner, including, without limitation, in their default and expected uses.

Each element of this claim, except where noted otherwise, and each element of the asserted claims dependent thereon, is present literally or under the doctrine of equivalents in the Accused Instrumentalities.  To the extent each element of this claim, and the asserted claims dependent thereon are not present literally in the Accused Instrumentalities, each element is present under the doctrine of equivalents because there is no substantial difference between the elements of the asserted claims and the corresponding functionality in the Accused Instrumentality, i.e., the corresponding functionality in the accused product performs substantially the same function, in substantially the same way to achieve substantially the same results as the claimed elements.

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
| --- | --- |
| | Box<br> |
| | Box label<br> |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
| --- | --- |
| | Lamp<br> |
| | Lamp marking<br> |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
| | Power on  |
| | Cap removed |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
|  | LED chip<br> |
|  | *Scanning Electron Microscope (SEM) image of LED cross-section:*<br> |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
| a substrate; | *Accused component:  Substrate of the LED in the light bulb.*<br>*Basis of Infringement Contention:  The LED contains a substrate.*<br>*SEM Cross-Section of the LED:*<br><br> |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
| | *SEM Cross-Section of the LED Identifying the Location of the EDX Measurement:*<br><br> |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
| | *EDX Analysis of Substrate:*  **Substrate is Sapphire (Al$_2$O$_3$)** |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
| a textured district defined on the surface of said substrate | *Accused component:  Substrate of the LED in the light bulb.*<br>*Basis of Infringement Contention:  The substrate of the LED contains a textured district defined on the surface of said substrate.*<br>*SEM Cross-Section of the LED:*<br><br> |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
|  | *Figure 2B from U.S. Patent No. 6,936,851:*<br><br><br><br>Fig. 2B |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
| comprising a plurality of etched trenches having a sloped etching profile with a smooth rotation of micro-facets without a prescribed angle of inclination; | *Accused component:  The textured district defined on the surface of the substrate of the LED in the light bulb.*<br>*Basis of Infringement Contention:  The textured district comprises a plurality of etched trenches having a sloped etching profile with a smooth rotation of micro-facets without a prescribed angle of inclination.*<br><br>The plurality of etched trenches has sloped etching profiles with a smooth rotation of micro-facets.<br><br><br><br>Etched trenches (the areas in the surface of the substrate from which some amount of material has been etched away in order to create the pattern on the surface of the substrate)<br><br>Sloped etching profile (the etched sloped sides of the trench).  The sloped etching profile contains a smooth rotation of microfacets.<br><br>Without a prescribed angle of inclination (the sloped etching profile is without a constant angle of inclination) |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities: Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
| a first layer disposed on said textured district; | *Accused component:* The LED in the light bulb.<br>*Basis of Infringement Contention:* The LED comprises a first layer disposed on said textured district defined on the surface of the substrate of the LED in the lamp.<br><br><span style="color:red">The first layer is disposed on the textured district.</span><br><br> |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
|  | *SEM Cross-Section of the LED Identifying the Location of the EDX Measurement:*<br><br> |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
| | *EDX Analysis of First Layer:*<br><br><br><br>**First Layer is Gallium Nitride (GaN)** |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
| comprising a plurality of inclined lower portions, | *Accused component:  The first layer disposed on said textured district defined on the surface of the substrate of the LED in the light bulb.*<br>*Basis of Infringement Contention:  The first layer comprises a plurality of inclined lower portions so as to guide the extended lattice defects away from propagating into the active layer.*<br><br>The first layer has a plurality of inclined lower portions.<br><br> |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
| said first layer and said substrate form a lattice-mismatched misfit system, | *Accused component:  The LED in the light bulb.*<br>*Basis of Infringement Contention:  The first layer and said substrate of the LED form a lattice-mismatched misfit system.*<br><br>The Gallium Nitride first layer and Sapphire ($Al_2O_3$) substrate form a lattice-mismatched misfit system.<br><br>**Epitaxial growth of gallium nitride thin films on A-plane sapphire by molecular beam epitaxy, Center for Photonics Research, College of Engineering, Boston University, Boston, Massachusetts, Journal of Applied Physics, Vol. 85, No. 7, 1 April 1999.**<br><br>## I. INTRODUCTION<br><br>The lack of good quality GaN substrates led to investigation into several different substrates for epitaxial growth of GaN, of which, *C*-plane (0001) sapphire is the most widely studied substrate. Due to the large lattice mismatch (~14%), several approaches have been adapted to optimize the nucleation and growth of GaN layers on these substrates. Amano |
| said substrate having at least one of a group consisting of group III-V, group IV, group II-VI elements and alloys, ZnO, spinel and sapphire; and | *Accused component:  The LED in the light bulb.*<br>*Basis of Infringement Contention:  The substrate is sapphire.*<br><br>The substrate is sapphire.  The chemical formula of sapphire is aluminum oxide, $Al_2O_3$. |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
| a light-emitting structure containing an active layer disposed on said first layer, whereby said plurality of inclined lower portions are configured to guide extended lattice defects away from propagating into the active layer. | *Accused component:  The LED in the light bulb.*<br>*Basis of Infringement Contention:  The light-emitting structure containing an active layer is disposed on said first layer.  The first layer comprises a plurality of inclined lower portions so as to guide extended lattice defects away from propagating into the active layer.*<br><br>The light-emitting structure containing an active layer is disposed on said first layer.<br><br>**Illumination With Solid State Lighting Technology, Daniel A. Steigerwald, et al., *IEEE Journal on Selected Topics in Quantum Electronics*, Vol. 8, No. 2, March/April 2002.**<br><br>IV.  HIGH POWER LED NITRIDE FLIP-CHIP TECHNOLOGY<br><br>*A.  Conventional Indicator LED Device Structures*<br><br>The bulk of commercially available GaN-based devices are grown on sapphire substrates. LEDs have a cross section similar to that depicted in Fig. 8. n-type GaN layers are grown on the substrate, an active layer is grown on top of this, and p-GaN layers are then grown over the top of the structure. Part of the p-GaN and active layers are etched away to reveal and allow the formation of an electrical contact to the underlying n-GaN layers. Light is extracted from these devices through the uppermost p-GaN layers. However, the limited conductivity of |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
|  |   Fig. 8.   Diagramatic cross section through a standard, commercially available GaN-based LED. Light is extracted through a partially absorbing Ni–Au-based layer which acts as both hole-spreading layer and a hole injecting contact to the p-GaN. |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
| | The first layer has a plurality of inclined lower portions configured to guide extended lattice defects away from propagating into the active layer.<br><br><br><br>Plaintiff contends that the inclined lower portions of the first layer disposed on the textured district used in Defendant's LEDs are configured to guide extended lattice defects away from propagating into the active layer. |
| 2.  The device of claim 1, wherein said first layer has an upper planar portion with low defect density. | The upper planar portion has low defect density in two respects.  First, the defect density in the upper planar portion is lower than the defect density in the lower portion of the layer.  Second, the defect density in the upper planar portion is lower than the defect density would have been in the absence of the textured district.  The curved side face reduces dislocation density.  *See, e.g.,* U.S. Patent No. 7,759,140 at 6:52-55. |
| 15. A semiconductor light-emitting device comprising: | See claim 1 above. |
| a substrate; | See claim 1 above. |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
| a textured district defined on the surface of said substrate | See claim 1 above. |
| comprising a plurality of etched trenches having a sloped smooth etching profile without sharp corners and without a prescribed angle of inclination; | *Accused component:  The textured district defined on the surface of the substrate of the LED in the light bulb.*<br>*Basis of Infringement Contention:  The textured district comprises a plurality of etched trenches having a sloped smooth etching profile without sharp corners and without a prescribed angle of inclination.*<br><br><br><br>Etched trenches (the areas in the surface of the substrate from which some amount of material has been etched away in order to create the pattern on the surface of the substrate)<br><br>Sloped smooth etching profile (the smooth etched sloped sides of the trench)<br><br>Without a prescribed angle of inclination (the sloped etching profile is without a constant angle of inclination) |
| a first layer disposed on said textured district | See claim 1 above. |
| comprising a plurality of inclined lower portions, | See claim 1 above. |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
| said first layer and said substrate form a lattice-mismatched misfit system, | See claim 1 above. |
| said substrate having at least one of a group consisting of group III-V, group IV, group II-VI elements and alloys, ZnO, spinel and sapphire; and | See claim 1 above. |
| a light-emitting structure containing an active layer disposed on said first layer, whereby said plurality of inclined lower portions are configured to guide extended lattice defects away from propagating into the active layer. | See claim 1 above. |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
| 16.  The device of claim 15, wherein the sides of said etched trenches are smooth. | *Accused component:  The textured district defined on the surface of the substrate of the LED in the light bulb.* *Basis of Infringement Contention:  The sides of said etched trenches are smooth.*<br><br><br><br>Etched trenches (the areas in the surface of the substrate from which some amount of material has been etched away in order to create the pattern on the surface of the substrate)<br><br>Sides of trenches are smooth. |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
| 17.  The device of claim 15, wherein the sides of said etched trenches are without sharp corners. | *Accused component:  The textured district defined on the surface of the substrate of the LED in the light bulb.* <br> *Basis of Infringement Contention:  The sides of said etched trenches are without sharp corners.* <br><br> Etched trenches (the areas in the surface of the substrate from which some amount of material has been etched away in order to create the pattern on the surface of the substrate) <br><br> The sides of said etched trenches are without sharp corners. <br><br>  <br> 20.0kV ×7.00K 4.29μm |

CLAIM CHART FOR REEXAMINED U.S. PATENT NO. 6,936,851 – Costco 1600034 Koda LED Shop Light LM030008

| Claim Limitation | Accused Instrumentalities:  Costco 1600034 Koda LED Shop Light LM030008 |
|---|---|
| 18.  The device of claim 15, wherein the sides of said etched trenches are without a prescribed angle of inclination. | *Accused component:  The textured district defined on the surface of the substrate of the LED in the light bulb.*<br>*Basis of Infringement Contention:  The sides of said etched trenches are without a prescribed angle of inclination.*<br><br>Etched trenches (the areas in the surface of the substrate from which some amount of material has been etched away in order to create the pattern on the surface of the substrate)<br><br>The sides of said etched trenches are without a prescribed angle of inclination.<br><br><br>20.0kV x7.00K 4.29μm |